UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JOHN HENRY CAMPBELL

CIVIL ACTION NO. 5:16-1465-P

VERSUS

JUDGE ELIZABETH E. FOOTE

DARREL VANNOY

MAG. JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 8), and having thoroughly reviewed the record, including the written objection filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus filed under 28 U.S.C. § 2254 is hereby **DENIED** and **DISMISSED** as time-barred under 28 U.S.C. § 2244(d).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 29th day of June, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE